UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **EXPRESS LIEN INC.** | **CIVIL ACTION** |
| **VERSUS** | **No. 13-3323** |
| **NATIONAL ASSOCIATION OF CREDIT MANAGEMENT INC. ET AL.** | **SECTION I** |

## ORDER

Before the Court is a motion[1] filed by plaintiff objecting to the U.S. Magistrate Judge's discovery ruling[2] with respect to the inclusion of an "unaffiliated counsel" provision in the protective order. Defendant filed an opposition.[3]

Pursuant to Federal Rule of Civil Procedure 72(a), nondispositive pretrial matters decided by a U.S. Magistrate Judge may be appealed to the U.S. District Court Judge. The order of a U.S. Magistrate Judge may be reversed only "where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law." 28 U.S.C. § 636(b)(1)(A); *see also* Fed. R. Civ. P. 72(a). The Court finds that the U.S. Magistrate Judge's ruling, as amended, is neither clearly erroneous nor contrary to law. Accordingly,

**IT IS ORDERED** that the motion is **DENIED**.

New Orleans, Louisiana, February 5, 2014.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 82.
[2] R. Doc. No. 71.
[3] R. Doc. No. 85.